








```
AJG    1/31/05    13:40
3:04-CR-02254   USA V. LIVINGSTON
*31*
*CRMO.*
```



**Minutes of the United States District Court
Southern District of California
Friday, January 28, 2005**

2004CR02254-WQH

**For the Honorable:   William Q. Hayes   District Judge**

**Deputy Clerk:   Lillian Hines   Court Reporter/ECR:   Hope Goldsmith**

**On Calendar:**

2004CR02254-WQH

USA vs.

(1) **LEON BURTON LIVINGSTON (R)**
MTD: 03-11-2005

Lang Booking #
ENG21410198   (1) Eugene G. Iredale  RET
619 233-1525

Stephen R. Cook  AUSA
619 557-7455

**MOTION HRG/TRIAL SETTING (1)**

**Minutes:**
NO EVIDENTIARY HRG HELD/NO WITNESSES CALLED

**EXHIBIT MARKED**

(13-1)For suppression of evidence - SUBMITTED
(17-1)For suppression of evidence obtained as a result of an illegal arrest - SUBMITTED
(17-2)To suppress statements - SUBMITTED
(20-1)For suppression of evidence - SUBMITTED
(24-1)For suppression of evid based upon illegal detention of mailed package - WITHDRAWN

**COURT TO ISSUE ORDER WITHIN 2 WEEKS**

**STATUS HRG SET FOR 2-18-05 AT 1:30 P.M.**

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

__/__ USA _____ VS __LEON BURTON LIVINGSTON__
__✓__ Plaintiff  ___ Defendant  ___ Court

Type of Hearing: __MOTION HRG / TRIAL SETTING__
Case Number: __04CR2254-WQH__

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | NOV - 5 2004 | NOV - 5 2004 | Copy of Search Warrant of △ Residence |
| 2 | DEC 2 - 2004 | DEC 2 - 2004 | NTC TO LIVINGSTON CONSTRUCTION |
| 3 | DEC 2 - 2004 | DEC 2 - 2004 | NTC. TO DARLA JORDAN |
| 4 | DEC 2 - 2004 | DEC 2 - 2004 | NTC TO MARK MCPHERSON |
| 5 | JAN 2 8 2005 |  | Declaration |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

Plaintiff: USA   ☑ Defendant   ☐ Court
VS: LEON BURTON LIVINGSTON
Type of Hearing: MOTION HRG / TRIAL SETTING
Case Number: 04CR2254-WQH

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| F | NOV - 5 2004 | DEC 2 - 2004 | PICTURE RE: AREA NEAR SCHOOL |
| B | NOV - 5 2004 | DEC 2 - 2004 | INVENTORY RECEIPT |
| C | NOV - 5 2004 | DEC 2 - 2004 | INVENTORY RECEIPT DATED 8-13-04 |
| A | NOV - 5 2004 | DEC 2 - 2004 | COPY OF WARRANT (Resident) |
| D | NOV - 5 2004 | NOV - 5 2004 | COPY OF INVENTORY & WARRANT RE: PARCEL |
| E | NOV - 5 2004 | DEC 2 - 2004 | PICTURE OF SIGN |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

WITNESS LIST

USA vs Leon Burton Livingston

Type of Hearing: Motion Hrg / Trial Setting

Case Number: 04cr2254-WQH

| DATE | PLF. | DEF. | WITNESS NAME |
|---|---|---|---|
| NOV - 5 2004 | ✓ | | Michael Eschimi, DEA |
| NOV - 5 2004 | | ✓ | Matthew E. Wells, DEA |
| NOV - 5 2004 | | ✓ | Esteban Santana, US Postal Ins. |
| NOV - 5 2004 | | ✓ | Brian Nevins, Sheriff Dept |
| NOV - 5 2004 | | ✓ | Trinidad Tejeda, Sheriff Dept |
| NOV - 5 2004 | | ✓ | Diane Livingston |
| NOV - 5 2004 | | ✓ | Leon Livingston |
| DEC 2 - 2004 | ✓ | | Earl Lyons |
| DEC 2 - 2004 | ✓ | | Esteban Santana |